UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: | |
| Randal Lee Moellering | Case No.: 18-11963 |
| | Chapter 7 |
| Debtor. | Chief Judge Robert E. Grant |
| | * * * * * * * * * * * * * * * * * * * * * |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)**

The creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

4523 McComb Road, Huntertown, IN 46748, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

1. Randal Lee Moellering (hereinafter "Debtor") filed a Chapter 7 case on October 11, 2018, (hereinafter the "Petition Date").

2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

3. The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated August 25, 2006 and made payable to the Creditor in the original sum of $85,500.00. A copy of the Note is attached hereto as Exhibit "B".

1

18-031325_EJS1

4.  The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Allen County Recordings Office on December 5, 2006. Evidence of perfection is attached as Exhibit "A".

5.  The loan was modified as set forth in the Loan Modification Agreements attached as Exhibit "C" and Exhibit "D".

6.  Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7.  As of October 15, 2018, the outstanding principal of the Note was $57,262.58 and the outstanding interest was $1,614.89. As of October 15, 2018, the approximate payoff of the loan in question, consisting of the outstanding principal, interest, escrow advances, fees and costs is $61,690.37.

8.  The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a.  Debtor has no equity in the Property. Creditor believes that the Property has a value of $57,800.00 based on Auditor Records, which is attached hereto as Exhibit "E". The balance on Creditor's first mortgage exceeds the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b.  The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, as of October 15, 2018, Debtor has failed to make periodic payments to Creditor since March 1, 2018 through October 2018.

   c.  Debtor intends to surrender the Property located at 4523 McComb Road, Huntertown, IN 46748 according to the Statement of Intent filed.

18-031325_EJS1

9. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within fourteen (14) days of the date of this notice. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> **Fort Wayne**
> 1300 South Harrison Street
> Room 1188
> Fort Wayne, IN  46802-3435

The objecting party must ensure delivery of the objection to the party filing the motion. If an objection is NOT timely filed, the requested relief and abandonment may be granted.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

> Respectfully submitted,
>
> /s/ Sarah E. Barngrover
> _____
> Sarah E. Barngrover (28840-64)
> Edward H. Cahill (0088985)
> Adam B. Hall (0088234)
> John R. Cummins (11532-10)
> Amy E. Gardner (93532)
> Manley Deas Kochalski LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-220-5611; Fax: 614-627-8181
> Attorney for Creditor
> The case attorney for this file is Sarah E. Barngrover.
> Contact email is sebarngrover@manleydeas.com

18-031325_EJS1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

- Nancy Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349, 574-236-8105

- Martin E. Seifert, 444 East Main Street, Fort Wayne, IN  46802

- Scott W. Federspiel, Attorney for Randal Lee Moellering, 119 East Center Street, Suite B6, Warsaw, IN  46580, gloyeskilawfw@hotmail.com

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on November  19, 2018.

/s/ Sarah E. Barngrover

18-031325_EJS1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 18-11963-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Mon Nov 19 08:02:43 EST 2018 | Allen County Treasurer<br>1 East Main Street Suite 104<br>Fort Wayne IN  46802-1888 | Sarah E. Barngrover<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| CAPITAL  ONE<br>3905 Dallas Pkwy<br>Credit Disputes<br>Plano, TX 75093-7892 | COMMUNITY WIDE FEDERAL CREDIT UNION<br>1555 WESTERN AVE<br>South Bend, IN 46619-3742 | CREDIT ONE BANK<br>PO BOX 98873<br>Las Vegas, NV 89193-8873 |
| Scott W. Federspiel<br>Gloyeski Law Office<br>119 East Center Street<br>Suite B6<br>Warsaw, IN 46580-2849 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 |
| Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | LUTHERAN HEALTH NETWORK<br>2123 LINCOLNWAY COURT<br>Fort Wayne, IN 46819-2140 | LUTHERAN HOSPITAL<br>7950 West Jefferson Boulevard<br>Fort Wayne, IN 46804-4160 |
| LVNV FUNDING LLC<br>PO BOX 10584<br>Greenville, SC 29603-0584 | Randal Lee Moellering<br>4523 McComb Road<br>Huntertown, IN 46748-9755 | NATIONSTAR MORTGAGE LLC<br>C/O SARAH WILLIMS<br>PO BOX 441039<br>Indianapolis, IN 46244-1039 |
| ONE MAIN<br>PO BOX 1010<br>Evansville, IN 47706-1010 | Martin E. Seifert<br>444 East Main Street<br>Fort Wayne, IN 46802-1911 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
Bankruptcy Section - MS 108
100 North Senate Avenue, N240
Indianapolis IN  46204

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                  17 |